**Joseph A. Ruta** (N.J. Bar No. *049481992*)
Gregory Byrnes (N.J. Bar No. 316122020)
ANDERSON LAW
104 W 27th Street, 11th Floor
New York, NY 10001
jruta@lawnynj.com
Gregory@andersonlaw.nyc
*Local Counsel for Plaintiff Brad Miller*

F. Skip Sugarman (*pro hac vice* forthcoming)
Sophie Degani (*pro hac vice* forthcoming)
Jadyn Taylor Dixon (*pro hac vice* forthcoming)
SUGARMAN LAW, LLP
154 Krog Street NE, Ste. 190
Atlanta, GA 30307
(404) 495-4811
skip@sugarman-law.com
sophie@sugarman-law.com
jadyn@sugarman-law.com
*Counsel for Plaintiff Brad Miller*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| BRAD MILLER,<br><br>Plaintiff,<br><br>v.<br><br>MARCELLO FOLLANO, LATE STAGE MANAGEMENT, LLC; LATE STAGE MANAGEMENT I, LLC; LATE STAGE MANAGEMENT, II, LLC; LATE STAGE INVESTMENT FUND VIII, LLC,<br><br>Defendants. | CIVIL ACTION NO. 2:26-cv-11316 |

# AFFIDAVIT OF GREGORY BYRNES

Personally appeared before the undersigned officer duly authorized to administer oaths, came Gregory Byrnes, who, being first duly sworn deposes and states as follows:

1. My name is Gregory Byrnes. I am over the age of eighteen and competent to testify to the matters set forth herein. I am an attorney licensed to practice law in the State of New Jersey.

2. I am an attorney with Anderson Law, counsel for Plaintiff in the above-captioned action. I am familiar with the facts and procedural history of this matter and make this affidavit based upon my personal knowledge and review of the Court's docket.

3. Plaintiffs commenced the action by filing their Complaint on September 1, 2026. (Dkt. 1)

4. Defendants were duly served with the Summons and Complaint on September 16, 2026. Affidavits of service were filed with the Court on September 23, 2026. (Dkt. 6-10).

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants were required to answer or otherwise respond to the Complaint within twenty-one (21) days of service, or by October 7, 2026.

6. Defendants' deadline to answer or otherwise respond to the Complaint has expired. As of the date of this Affidavit, Defendants have failed to file an answer, motion, or other responsive pleasing and have otherwise failed to defend this action.

7. No extension of Defendants' deadline to answer or otherwise respond has been granted by the Court, and Plaintiff has not agreed to any extension of that deadline.

8. Accordingly, Defendants have failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and Plaintiff is entitled to and entry of default pursuant to Federal Rule of Civil Procedure 55(a).

Further Affiant sayeth not.

Gregory Byrnes

Sworn to and subscribed before me
this 15th day of October, 2026.

Notary Public

SAMUEL CALDARONE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CA0032777
Qualified in KINGS County
Commission Expires 1/9/2029