**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE**

| | |
|---|---|
| BRAD MILLER,<br><br>Plaintiff,<br><br>v.<br><br>MARCELLO FOLLANO, LATE STAGE MANAGEMENT, LLC; LATE STAGE MANAGEMENT I, LLC; LATE STAGE MANAGEMENT, II, LLC; LATE STAGE INVESTMENT FUND VIII, LLC,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>CIVIL ACTION NO. 2:26-cv-11316 |

I am not a party to this action, am over 18 years of age and am employed at 104 West 27th Street, 11th Floor, New York, New York 10001.

That on October 21, 2026, I served one (1) true copy of the within Default Judgment to the below recipients:

The undersigned, being duly sworn deposes and says:

TO: **Marcello Follano**
1445 71 Street
Miami Beach, Florida 33141

**John Lawlor, Esq.**
55 Jericho Turnpike, Suite 205
Jericho, New York 11753

By **United States Postal Service, Certified Mail** by giving the same in a post-paid, properly addressed envelope to an employee at a USPS, located in the City of New York, State of New York, for processing under the exclusive care and custody of USPS.

Dated: New York,
New York
October 21, 2026

Sworn to before me this 21st day of October 2026.

Andrew Johnson

Notary Public

MARIA FISCHER
Notary Public, State of New York
Reg. No 02FI0038541
Qualified in New York County
Commission Expires 6/17/2029